IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.  21-MC-57 |
| | ) | |
| TENIKA HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney, states as follows:

There is now confined in the Bond County Jail, in Greenville, Illinois, in the custody of the Sheriff, thereof, the Defendant in the above-entitled case.  Said case will be called for Change of Plea Hearing on the 31st day of August, 2021, at the hour of 8:00 a.m.  It is necessary to have said Defendant in the Courtroom of the Honorable Stephen P. McGlynn, District Court Judge of the United States District Court, East St. Louis, Illinois, and in order to secure the presence of said Defendant, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding said Sheriff to produce said Defendant in order to procure her presence for the Change of Plea Hearing and all other proceedings incident thereto.

WHEREFORE, the United States moves for an order directing the issuance or a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to said Sheriff, commanding him to have and produce the above-named Defendant in said United States District Court at said time, and then and there to present said Defendant before the Court and from day to

day thereafter as may be necessary; and at the termination of the all proceedings in this case, to return the Defendant to the custody of said Sheriff.

DATED: _____

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


s/Daniel T. Kapsak
DANIEL T. KAPSAK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
Phone: (618) 628-3700
E-mail: Daniel.kapsak@usdoj.gov