IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-MC-57 |
| ) | |
| TENIKA HAYES, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Sheriff, of Bond County Jail at 403 S. 2nd St., Greenville, Illinois, and to any United States Marshal.

GREETINGS

We command that you produce and deliver the body of Tenika Hayes, now in your custody, before the Honorable Stephen P. McGlynn, District Court Judge of the United States District Court at East St. Louis, Illinois, on the 31st day of August 2021, at the hour of 8:00 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to her during the course of the Change of Plea Hearing of said case.

The delivery of the body of Tenika Hayes to the Courtroom of said United States District Court, as aforesaid shall be deemed sufficient compliance with this Writ.

[ ]   Said Defendant shall be returned to your custody by the United States Marshal at the conclusion of the hearing referenced above *if, after advisement by the Court, the Defendant waives his rights under the Interstate Agreement on Detainers Act.*

[X]   Said Defendant shall remain in federal custody at the conclusion of the hearing referenced above and shall be returned to your custody by the United States Marshal at the conclusion of all proceedings in United States District Court in this case.

WITNESS the Honorable Stephen P. McGlynn, United States District Court Judge for the Southern District of Illinois.

DATED:  8/24/2021

 s/ MARGARET M. ROBERTIE
MARGARET M. ROBERTIE
Clerk, United States District Court
Southern District of Illinois

By:  s/ Jackie Muckensturm
      DEPUTY CLERK